# Exhibit 6

**W. David Smith, Jr.**
Chief Counsel
Secretary

(901) 252-5843
FAX: (901) 252-1372
David.Smith@tnb.com

**Thomas & Betts**
A Member of the ABB Group

March 24, 2015

**VIA E-MAIL ONLY**
(lelliott@cohenlaw.com)

Larry K. Elliott, Esq.
Cohen & Grigsby
625 Liberty Avenue
Pittsburgh, PA  15222-3152

Re:   Ocal Products

Dear Mr. Elliott:

We received your March 10, 2015 correspondence of addressed to Charles Treadway on March 16, 2015. Thomas & Betts takes seriously any allegation of product disparagement as well as claims of violation of settlement agreement terms from a 1996 settlement. Our investigation into this matter is ongoing.

Please note that Thomas & Betts acquired the Ocal business in 1998. We have not yet been able to locate the 1996 settlement agreement referenced in your letter. It would be very helpful if you would provide us with a copy of the agreement and any related materials at issue as our investigation proceeds.

We also note that the Thomas & Betts letter attached to your correspondence is in draft form with missing information. We are researching these issues and can preliminarily advise that we have no record of this version of this form letter being sent to any customer or potential customer. However, our investigation proceeds. Since we have no indication that this draft, form letter ever left the four corners of Thomas & Betts, please explain how your client, Robroy obtained this letter as well as the PowerPoint presentation.

We look forward to your response so that we may continue our analysis of the issues raised.

Yours truly,

W. David Smith, Jr.

cc:   Charles L. Treadway
      Sal J. Abbruzzese, Esq. (Hoffman & Baron, LLP)
      Michael J. Geiger, Esq.