IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROBROY INDUSTRIES - TEXAS, LLC, a Texas corporation, and ROBROY INDUSTRIES, INC., a Pennsylvania corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS & BETTS CORPORATION, a Tennessee corporation,<br><br>　　　　　Defendants. | Civil Action No. 2:15-cv-512-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Robroy Industries – Texas, LLC and Robroy Industries, Inc. move, pursuant to Local Rule CV-5(a)(7), for permission to file under seal their Opposed Motion to Compel, For a Status Conference, and to Hold the Schedule in Abeyance.

Plaintiffs' Motion quotes deposition testimony designated as confidential under the terms of the parties' Portective Order (Dkt. No. 27.)  Plaintiffs therefore request that this Court allow them to file under seal their Motion and certain exhibits that contain the corresponding deposition testimony.

Defendant Thomas & Betts Corporation does not oppose this motion.

Dated:  December 7, 2015                              Respectfully submitted,

                                                       */s/ Stayton L. Worthington*_____

Stayton Worthington, Esq.
State Bar No. 22010200

COGHLAN CROWSON
P.O. Box 2665
1127 Judson Road
Suite 211
Longview, Texas  75601
(903) 758-5543
FAX (903) 753-6989
bworthington@ccfww.com

Larry K. Elliott, Esq.
David F. Russey, Esq.
Christina Manfredi McKinley, Esq.
COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania  15222
(412) 394-4900
FAX (412) 209-0672
lelliott@cohenlaw.com
drussey@cohenlaw.com
cmckinley@cohenlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2015, I electronically filed the foregoing Plaintiffs' Unopposed Motion For Leave to File Under Seal.  Service will be completed on counsel of record via this Court's CM/ECF system.

                                                           *--/s/Stayton L. Worthington*
                                                           Stayton Worthington, Esq.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7(i), Plaintiff states that (1) counsel has complied with the meet and confer requirement of Local Rule 7(h), and (2) that the motion is unopposed.

*/s/David Russey*
David Russey