IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROBROY INDUSTRIES - TEXAS, LLC, a Texas corporation, and ROBROY INDUSTRIES, INC., a Pennsylvania corporation, | ) ) ) ) ) | Civil Action No. 2:15-cv-512-JRG<br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THOMAS & BETTS CORPORATION, a Tennessee corporation, | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

On this day, the Court heard Plaintiffs' Unopposed Motion for Leave to File Under Seal their Opposed Motion to Compel, For a Status Conference, and Hold the Schedule in Abeyance. After considering the motion; the Court hereby GRANTS such motion and orders that Plaintiffs' Opposed Motion to Compel, For a Status Conference, and Hold the Schedule in Abeyance and exhibits thereto be filed under seal.